UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

No. 15-cr-605-2 (RJS)

CARLOS BERMUDEZ BASTARD,

Defendant.

RICHARD J. SULLIVAN, Circuit Judge:

On March 17, 2026, Carlos Rafael Bermudez Bastard, proceeding *pro se,* moved pursuant to 28 U.S.C. § 3583(e)(1) to terminate his supervised release.  (Doc. 266.)  IT IS HEREBY ORDERED THAT the government shall respond to this motion by April 15, 2026.  The Clerk of Court is respectfully directed to send a copy of this order to Mr. Bermudez Bastard at his current address.

SO ORDERED.

Dated:      March 30, 2026
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation